UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ROCKY LOZANO,<br><br>           Defendant. | No. 4:15-CR-6012-EFS-1<br><br>ORDER ON ARRAIGNMENT AND DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |

At Defendant's August 31, 2015 Arraignment based on the Superseding Indictment, Defendant appeared, in custody, with Robert J. Thompson. Assistant U.S. Attorney Mary K. Dimke represented the United States.

Defendant was advised of, and acknowledged, Defendant's rights.

Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial. The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

Defendant's Motion to Modify Conditions of Release (ECF No. 60) is **DENIED**. As the Defendant is not on GPS monitoring, but rather electronic home monitoring, Defendant's request "to have the GPS monitor taken off" and/or to permit him to travel "without the hindrance" of any type of electronic monitoring is **DENIED**. It is the Court's understanding the Defendant has local employment available to him. Defendant shall remain on release under the conditions previously set by the Court.

DATED August 31, 2015.

                       _s/James P. Hutton
                       JAMES P. HUTTON
         UNITED STATES MAGISTRATE JUDGE

ORDER - 1