1
2
3          UNITED STATES DISTRICT COURT
4          EASTERN DISTRICT OF WASHINGTON
5

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-6012-EFS-1 |
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND GRANTING IN PART AND DENYING IN PART SECOND MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| ROCKY LOZANO, | |
| Defendant. | |

BEFORE THE COURT is Defendant's (unopposed) Second Motion to Modify Conditions of [Pretrial] Release (ECF No. 70) and Motion to Expedite (ECF No. 71). Defendant's Motion seeks modification of the travel restriction imposed in Special Condition No. 15. Though not discussed in the Motion, Defendant's proposed order renews the previously denied request to have "the GPS or other electronic trade [sic] device removed."

Special Condition No. 15 of the Court's Order Setting Conditions (ECF No. 19) is modified as follows:

(15) Defendant shall remain in the Eastern District of Washington while the case is pending, with the exception of travel throughout Washington and Oregon for employment purposes as approved by the supervising Pretrial Services Officer. Defendant shall keep a log of his work-related travel and provide them to his supervising Pretrial Services Officer as requested. On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave this area from the United States Probation Office.

The Court denies the Defendant's proposed removal of his home

ORDER - 1

confinement program set forth in Special Condition No. 21.  Defendant is not on GPS monitoring, but rather electronic home monitoring.  Defendant does not seek permission for out of district overnight stays.  Further review of Special Condition No. 21 is unnecessary at this time.

All other conditions are unchanged.

ACCORDINGLY, Defendant's Motion to Expedite (**ECF No. 71**) is **GRANTED** and Defendant's Motion to Modify Conditions (**ECF No. 70**) is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

DATED November 13, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2